UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

APRIL WELTON and JASON WELTON, a married couple,

Plaintiffs,

v.

TARGET CORPORATION d/b/a TARGET STORE T-636 and d/b/a DAYTON HUDSON CORPORATION, a Minnesota Corporation; and JOHN JANE DOES 1-10, as a party with alleged responsibility or potential fault.

Defendants.

NO. 2:25-CV-0134-TOR

ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

BEFORE THE COURT is Plaintiff's Motion for Entry of Default (ECF No. 9). This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed.

Plaintiffs invoke Federal Rule of Civil Procedure 55 in requesting an Order

of Default against Defendants for failure to file an Answer to the Complaint.[1] ECF No. 9. However, Plaintiffs have not demonstrated compliance with Local Civil Rule 55(a)(1), requiring written notice be provided to the party against whom default is sought 14 days before moving for default. Per the Local Rules, Plaintiff must then file proof of this notice with the Motion for Entry of Default. LCivR 55(a)(2). The Court is not presented with any information that Defendant was provided prior notice before Plaintiff moved for the entry of default.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Plaintiff's Motion for Entry of Default (ECF No. 9) is **DENIED.**

The District Court Executive is directed to enter this Order and furnish copies to counsel.

DATED August 21, 2025.




THOMAS O. RICE
United States District Judge

---

[1]Plaintiffs also do not demonstrate compliance with Federal Rule of Civil Procedure 55(b)(2) which requires written notice of the application provided at least 7 days before the hearing in cases where the party against whom default is sought has appeared. The Court is not provided with information as to whether Defendant was alerted to the Motion.